

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00029-CV
_____

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF A.L.**

On Appeal from the Probate Court No. 1
Travis County, Texas[1]
Trial Court No. C-1-MH-22-002022, Honorable Guy Herman, Presiding

May 2, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, A.L., appeals from the trial court's *Order Authorizing the Administration of Psychoactive Medication - Forensic.* On March 6, 2023, we remanded the cause to the trial court to determine why A.L. had not filed an appellate brief and whether to appoint new appellate counsel. On remand, the trial court appointed Mr. Richard Thormann to represent A.L. on appeal. After conferring with A.L., Mr. Thormann notified the trial court that A.L. no longer desires to pursue the appeal. The trial court entered findings reflecting

_____

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

the same.  Based on the trial court's findings, we reinstated the appeal and, by letter of April 5, 2023, notified A.L. that the appeal would be dismissed after ten days as a voluntary dismissal.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 2, 42.1(a).

Per Curiam